IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-2215-PAB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

2621 EAST COUNTY ROAD 62, WELLINGTON, COLORADO;

       Defendant.

## AMENDED FINAL ORDER OF FORFEITURE

THIS MATTER comes before the Court on the United States' Unopposed Motion for Amended Final Order of Forfeiture, the Court having reviewed said Motion FINDS:

THAT the United States commenced this action *in rem* pursuant to 21 U.S.C. §881;

THAT all known parties have been provided with an opportunity to respond and that publication has been effected as required by Supplemental Rule G(4);

THAT the United States and claimants Gail Trout and Countrywide Home Loans have reached a settlement in this case, and have filed an Amended Settlement Agreement with the Court resolving all issues in dispute;

THAT no other claims to defendant Real Property have been filed;

THAT upon agreement of the parties, claimant Gail Trout shall forfeit to the United States, $10,000.00 in readily available funds in lieu of defendant Real Property, and that defendant Real Property shall be dismissed;

THAT the United States has received $10,000.00 from claimant Gail Trout; and

THAT it further appears there is cause to issue a forfeiture order under 21 U.S.C. §881.

NOW, THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:

THAT forfeiture of the $10,000.00 paid by claimant Gail Trout to the United States in lieu of forfeiture of defendant Real Property, is hereby entered in favor of the United States;

THAT the United States shall have full and legal title to the forfeited $10,000.00, and may dispose of it in accordance with law and in accordance with the terms and provisions of the parties' Settlement Agreement;

THAT defendant Real Property is hereby dismissed;

THAT the Clerk of Court is directed to enter an Amended Judgment of forfeiture of the $10,000.00 paid by claimant Gail Trout in lieu of forfeiture of defendant Real Property, pursuant to Rule 58(a) of the Federal Rules of Civil Procedure; and

THAT a Certificate of Reasonable Cause pursuant to 28 U.S.C. §2465, which this Order constitutes, is granted as to defendant Real Property.

SO ORDERED this _12th_ day of _February_, 2009.

BY THE COURT:

_____
PHILIP A. BRIMMER
United States District Judge